AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Arroyo Lucas et al

                      Petitioner,

v.

Noem et al

                      Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00465-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioners, Abimael Bequer Arroyo Lucas, Jesus Gustavo Huerta Cortez, Daglis Noely Flores Zelaya and against Respondents Kristi Noem, Department of Homeland Security (DHS), Pamela J. Bondi, U.S. Department of Justice, Todd M. Lyons, Brian Henkey, U.S. Immigration and Customs Enforcement (ICE), John Mattos

03/02/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ JG  
Deputy Clerk